# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMELL NEWBERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-288-MJR |
| | ) |
| UNKNOWN PARTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff, a prisoner proceeding *pro se*, has filed a civil action pursuant to 42 U.S.C. § 1983. Despite correspondence from the Clerk, Plaintiff has not paid the $350 filing fee for this action, nor has he filed a properly supported motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff was warned that if he failed to submit either the full filing fee or a properly supported motion for leave to proceed *in forma pauperis*, then "the case will be submitted to the [Court] for an order to be entered dismissing this case." *See* (Doc. 2).

Furthermore, the "complaint" in this action is captioned in various places as a civil rights complaint under 42 U.S.C. § 1983, a petition seeking "reversal and remand," and a motion for hearing. The one-page typewritten pleading is a jumble of phrases and partial sentences referencing writs of mandamus, days in custody, health insurance, searches, seizures, plenary proceedings and treble damages. Attached to the "complaint" are 23 pages of names, listed in no particular order – possibly names of inmates who wish to join as plaintiffs in Plaintiff's action, although none of those persons signed the complaint. In short, the "complaint" does not state a

claim for relief and the Court can find no legally meritorious claim being asserted in it. Accordingly, the "complaint" does not survive threshold review under 28 U.S.C. § 1915A and, therefore, is **DISMISSED**, with prejudice. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

    **IT IS SO ORDERED.**

    **DATED this 17th day of September, 2008.**

    **s/ Michael J. Reagan**
    **MICHAEL J. REAGAN**
    **United States District Judge**