# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMELL NEWBERN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-288-MJR ) |
| UNKNOWN PARTY, *et al.*, | ) ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed (1) for Plaintiff's failure to pay the filing fee or to submit a motion to proceed *in forma pauperis* as directed and (2) for failing to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

September 17, 2008      By: **s/ Michael J. Reagan**
*Date*      *District Judge*